131

DOVE, J.

(No. 5764—

KATY CORPORATION, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed February 18, 1971.*

CHARLES KRAUT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5797—

TRANSWORLD VAN LINES, INC., a/k/a MAJESTIC WAREHOUSES, INC., Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed February 18, 1971.*

TRANSWORLD VAN LINES, INC., a/k/a MAJESTIC WAREHOUSES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

On April 1, 1970, Transworld Van Lines, Inc., a/k/a Majestic Warehouses, Inc., filed a claim against the State of Illinois for services rendered the Cook County Department of Public Aid in the amount of $719.00.